# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Omnivox LLC | ) | ASBCA No. 60109 |
| | ) | |
| Under Contract No. HQ0034-10-C-0031 | ) | |

APPEARANCE FOR THE APPELLANT:    Marc A. Van Allen, Esq.
      Jenner & Block LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:    John S. Albanese, Esq.
      General Counsel
      Lisa Marie Golden, Esq.
      Stephan Piel, Esq.
      Marina Kozmycz, Esq.
      Assistant General Counsel
      DoD Washington Headquarters Services &
        Pentagon Force Protection Agency
      Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60109, Appeal of Omnivox LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals